UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM M.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

25 CIVIL 4210 (KHP)

# <u>JUDGMENT</u>

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated July 13, 2026, the Plaintiff's motion for remand is GRANTED, and the action is hereby remanded to the Commissioner for reconsideration at step four.

**Dated:** New York, New York
July 15, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**